```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

      v.              Criminal No. 08-50102

JOHN SAKREKOV                                           DEFENDANT

### ORDER

Now on this 24th day of February, 2009, the Court concluded a hearing on defendant's **Motion to Suppress and Request for Evidentiary Hearing** (document #15) and then entered an Order *ore tenus*. The Court now enters this Order to reduce to writing the essential portions of its Order then made. The Court specifies, however, that, should there be any difference between the content of this written Order and the content of the Court's oral statements on the record, the latter will control.

    1.  After hearing evidence and argument on the part of all parties, the Court found and ordered as follows:

    \*   under the law as set forth in <u>United States v. Sumpter</u>, 669 F.2d 1215 (8th Cir. 1982) the affidavit in support of the issuance of a search warrant was sufficient and established the existence of probable cause;

    \*   the protective sweep was permissible for police officer safety and did not exceed the permissible scope established by <u>Maryland v. Buie</u>, 494 U.S. 325 (1990) and <u>U.S. v. Cash</u>, 378 F.3d 745 (8th Cir. 2004);

    \*   the protective sweep was permissible to secure the

premises and prevent the destruction of evidence under <u>United States v. Jansen</u>, 470 F.3d 762 (8th Cir. 2006), <u>United States v. Walsh</u>, 299 F.3d 729 (8th Cir. 2006), and <u>United States v. Kulcsar</u>, 586 F.2d 1283 (8th Cir. 1978); and

    \*   regardless of whether the information gained during the protective sweep is excluded from the affidavit in support of the issuance of a search warrant, the affidavit was sufficient for the establishment of probable cause. <u>United States v. Jones</u>, 471 F.3d 868 (8th Cir. 2006); <u>United States v. Davis</u>, 471 F.3d 938 (8th Cir. 2006).

    2.   Therefore, defendant's motion should be, and it hereby is, **denied**.

    3.   The Court hereby reaffirms its said oral findings and orders entered on the record on February 24, 2009.

    IT IS SO ORDERED.

                                      /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT COURT