IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES of AMERICA                         PLAINTIFF/RESPONDENT

v.                         No. 5:08-cr-50102

JOHN SAKREKOV                                    DEFENDANT/MOVANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 22, 2011, the Defendant/Movant John Sakrekov (hereinafter "Defendant"), a prisoner in the El Reno Federal Correctional Institution, P.O. Box 1500, El Reno, Oklahoma, filed a 28 U.S.C. § 2255 motion. (Doc. 31). This motion is before the undersigned for Report and Recommendation.

Under 28 U.S.C. § 2255(a), a federal prisoner has an avenue of relief if "the sentence was imposed in violation of the Constitution or laws of the United States, or [if] the court was without jurisdiction to impose such sentence, or [if] the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack." 28 U.S.C. § 2255; Sun Bear v. United States, 644 F.3d 700, 704 (8th Cir. 2011).

In the present motion before this Court, Defendant requests the Court grant the following relief:

Please Stop my Pain! By #1 Ordering the BOP to stop violating the 8th Amendment and give me the surgery I need. They have known sience (sic) Dec. 2008. Or #2 Release me so I can get my own surgery...

AO72A
(Rev. 8/82)

(Doc. 31, p. 13). As Defendant's allegations revolve around his request for proper medical care and do not challenge his sentence, a motion for relief pursuant to 28 U.S.C. § 2255 is not the appropriate avenue for relief. To the extent the Defendant is challenging the conditions of his confinement, any action he wishes to pursue should be initiated in the district in which he is confined.

Based upon the forgoing, the undersigned recommends that the instant motion, filed under 28 U.S.C. Section 2255, be dismissed with prejudice.

**The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this 1st day of December 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)