IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

V.          Criminal No. 5:08-cr-50102

JOHN SAKREKOV            DEFENDANT/MOVANT

MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATION

On December 1, 2011, the undersigned issued a Report and Recommendation, recommending that the Defendant's 28 U.S.C. § 2255 motion be dismissed, as his allegations revolved around his request for proper medical care and did not challenge his sentence. The undersigned noted that any challenge to the Defendant's conditions of confinement should be pursued in the district in which he was confined in Oklahoma. Currently before the undersigned is a "Motion to Construe Pleading" (Doc. 33), in which the Defendant requests that his § 2255 motion be construed as a 28 U.S.C. § 2241 motion, and that it be transferred to the Western District of Oklahoma if that is "the proper court who would have jurisdiction."

Section 2241 is the avenue of relief for presenting challenges to the execution of a sentence. See Bell v. United States, 48 F.3d 1042, 1043 (8th Cir. 1995). It is questionable whether the Defendant is challenging the execution of his sentence, in which case, § 2241 would be the proper avenue for the relief he is seeking, or whether he is challenging the conditions of his confinement, in which case, a civil rights lawsuit would be the appropriate avenue of relief. See Sullivan v. United States, 2004 WL 193208, *1 (6th Cir. 2004). In

either case, this Court lacks jurisdiction over the matter and the Defendant must seek relief in the district in which he is confined.

Accordingly, the undersigned modifies the previous Report and Recommendation entered as follows:

The undersigned recommends that Defendant's **Motion to Construe (Doc. 33)** be **GRANTED** to the extent that his § 2255 motion should be construed as either a § 2241 motion or a civil rights action and this matter should be transferred to the Western District of Oklahoma, rather than dismissed.

DATED this 28th day of December, 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE